FILED

FEB 0 4 2004

CLERK U.S. BANKRUPTCY
ORLANDO DIVISION

Form B6
(6/90)

## United States Bankruptcy Court
## Middle District of Florida

In re **SEASONS IN THE SUN, LLC**

Case No.   **04:0-0538-OB1**

Chapter   **11**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 5,600,000.00 | | |
| B - Personal Property | YES | 3 | $ 30,726.00 | | |
| C - Property Claimed as Exempt | YES | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 3,849,700.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 119,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 372,400.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| Total Number of sheets in ALL Schedules | | 11 | | | |
| Total Assets | | | $ 5,630,726.00 | | |
| Total Liabilities | | | | $ 4,341,600.00 | |

# United States Bankruptcy Court
## Middle District of Florida

In re

Case No.    **04:0-0538-OB1**
Chapter    **11**

SEASONS IN THE SUN, LLC

# Exhibit "A" to Voluntary Petition

1.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.  The following financial data is the latest available information and refers to debtor's condition on .

a.  Total assets                                                          $ _____ **5,630,726.00**

b.  Total debts (including debts listed in 2.c., below)                   $ _____ **4,341,600.00**

Approximate
number of
holders

c.  Debt securities held by more than 500 holders.

secured          unsecured          subordinated          _____          _____

d.  Number of shares of preferred stock                                   _____          _____

e.  Number of shares of common stock                                      _____          _____

Comments, if any:

3.  Brief description of debtor's business:

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Exhibit A - Page 1

Form B4
(11/92)

# United States Bankruptcy Court
## Middle District of Florida

In re:   **SEASONS IN THE SUN, LLC**

Case No.   **04:0-0538-OB1**

Chapter   **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| HEATHER AND BRIAN CALLIGAN 3942 RAMBLING ACRES DR. TITUSVILLE, FL 32796 | HEATHER AND BRIAN CALLIGAN 3942 RAMBLING ACRES DR. TITUSVILLE, FL 32796 | | | $370,400.00 |
| BREVARD COUNTY WATER RESOURCES 2725 JUDGE FRAN JAMIESON VIERRA, FL 32940 | BREVARD COUNTY WATER RESOURCES 2725 JUDGE FRAN JAMIESON VIERRA, FL 32940 | | | $103,710.00 |
| ROD NORTHCUTT, TAX COLLE P.O. BOX 2020 TITUSVILLE, FL 32781 | ROD NORTHCUTT, TAX COLLE P.O. BOX 2020 TITUSVILLE, FL 32781 | | | $11,360.00 |
| FLORIDA DEPT. OF REVENUE 5050 W. TENNESSEE ST. TALLAHASSEE, FL 32399 | FLORIDA DEPT. OF REVENUE 5050 W. TENNESSEE ST. TALLAHASSEE, FL 32399 | | | $3,300.00 |
| BEECH OUTDOOR CO. c/o HARDEN & MURPHY P.O. BOX 3604 LAKELAND, FL 33802 | BEECH OUTDOOR CO. c/o HARDEN & MURPHY P.O. BOX 3604 LAKELAND, FL 33802 | | | $3,000.00 |

Form 4 - Page 1

Form B4
(11/92)

In re:  **SEASONS IN THE SUN, LLC**

Case No.  04:0-0538-OB1

Chapter  **11**

# List  Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, gov- ernment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| MONOGRAM CREDIT CARD BANK c/o ZAKHEIM & ASSOC. 5310 N.W. 33RD SUITE 100 FT. LAUDERDALE, FL 33309 | MONOGRAM CREDIT CARD BANK c/o ZAKHEIM & ASSOC. 5310 N.W. 33RD SUITE 100 FT. LAUDERDALE, FL 33309 | | | $2,000.00 |
| FLORIDA DEPT. OF REVENUE 5050 W. TENNESSEE ST. TALLAHASSEE, FL 32399 | FLORIDA DEPT. OF REVENUE 5050 W. TENNESSEE ST. TALLAHASSEE, FL 32399 | | | $710.00 |
| BREVARD COUNTY 2725 JUDGE FRAN JAMIESON BLDG. A VIERA, FL 32940 | BREVARD COUNTY 2725 JUDGE FRAN JAMIESON BLDG. A VIERA, FL 32940 | | | $420.00 |

I, HEATHER CALLIGAN, PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 02/03/0¥

Signature _____
HEATHER CALLIGAN
PRESIDENT

Form 4 - Page 2

FORM B6A
(6/90)

In re:   **SEASONS IN THE SUN, LLC**                                            Case No.   **04:0-0538-OB1**

Debtor                                                                                           **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **REAL PROPERTY 2400 SEASONS IN THE SUN BLVD. MIMS, FL 32754**<br><br>**PARCEL "A" (60.58 +/- acres) and PARCEL "B" (56.65+/- acres)**<br><br>**SEE LEGAL DESCRIPTIONS ATTACHED** | Fee Owner | | **$5,600,000.00** | **$3,830,000.00** |

Total   ➤   **$5,600,000.00**

(Report also on Summary of Schedules.)

**PARCEL <u>A</u>**

## LEGAL DESCRIPTION

Parcel A:

A parcel of land being a part of the Southwest ¼ of Section 13, Township 21 South, Range 34 East, Brevard County, Florida, described as follows:

Commencing at the Southwest corner of said Section 13, thence N. 89 degrees 27'18"E., along the South line of said Section 13, a distance of 33.00 feet to a point lying on the East right of way line of Turpentine Road (a 66.00 foot wide right of way) and said point being the Point of Beginning of the land herein described: Thence on a bearing of North along said East right of way line of Turpentine Road (said right of way line lying parallel with and 33.00 feet East of the West line of said Section 13), 275.48 feet to the intersection with the Southerly right of way line of Hammock Trail (a 100 foot wide right of way) as described in Official Records Book 1212, page 917 of the public records of Brevard County, Florida; thence along the right of way line of said Hammock Trail, the following five courses and distances: Thence North 57 degrees 09'30"E., 386.98 feet; thence North 34 degrees 59'40"E., 669.79 feet to the point of curvature of a circular curve, concave Southerly and having a radius of 575.82 feet; thence Northeasterly, Easterly and Southeasterly, along the arc of said curve, through a central angle of 79 degrees 26'50", 798.44 feet to the point of tangency; thence S. 65 degrees 33'30"E., 641.00 feet to the point of curvature of a circular curve, concave Northerly and having a radius of 644.65 feet; thence Southeasterly, Easterly and Northeasterly, along the arc of said curve, through a central angle of 57 degrees 10'04", 643.21 feet to a point lying on the East line of the Southwest ¼ of the aforesaid Section 13; thence South 00 degrees 14'18"E., along said line, 983.02 feet to the Southeast corner of the Southwest ¼ of said Section 13; thence South 89 degrees 28'50"W., along the South line of the Southeast ¼ of the Southwest ¼ of said Section 13, a distance of 1327.78 feet to the Southeast corner of the Southwest ¼ of the Southwest ¼ of said Section 13; thence South 89 degrees 27'18"W., along the South line of the Southwest ¼ of the Southwest ¼ of said Section 13, 1294.46 feet to the Point of Beginning.

**PARCEL B**

Together with:

Parcel B:

A parcel of land being a part of the Southwest ¼ of Section 13, Township 21 South, Range 34 East, Brevard County, Florida, described as follows:

Commencing at the Southwest corner of said Section 13, thence North 89 degrees 27'18"E., along the South line of said Section 13, a distance of 33.00 feet to a point lying on the East right of way line of Turpentine Road (a 66.00 foot wide right of way); thence on a bearing of North along said East right of way line of Turpentine Road (said right of way line lying parallel with and 33.00 feet East of the West line of said Section 13), 394.50 feet to the intersection with the Northerly right of way line of Hammock Trail (a 100 foot wide right of way) as described in Official Records Book 1212, page 917, of the public records of Brevard County, Florida and said point being the Point of Beginning of the land herein described; thence continue on a bearing of North along the aforementioned Easterly right of way line of Turpentine Road, 834.74 feet to the Southwest corner of the parcel of land described in Official Records Book 298, page 409 of the public records of Brevard County, Florida; thence North 89 degrees 20'20"E., along the South line of said parcel, 133.00 feet to the Southeast corner thereof and said point being the Southwest corner of the parcel of land described in Official Records Book 2314, page 2137 of the public records of Brevard County, Florida; thence along the boundaries of said parcel of land, the following two courses and distances: Thence North 58 degrees 49'19"E., 69.61 feet; thence on a bearing of North 62.65 feet to a point lying on the South line of the Northwest ¼ of the Southwest ¼ of the aforesaid Section 13 and the South line of Bar-"C" Ranchettes as recorded in Plat Book 24, page 58 of the public records of Brevard County, Florida; thence North 89 degrees 20'20"E., along said line, 436.80 feet to the Southeast corner of said Plat of Bar-"C" Ranchettes and the Southeast corner of the West ½ of the Northwest ¼ of the Southwest ¼ of said Section 13; thence North 00 degrees 03'56"W., along the East line of said Plat of Bar-"C" Ranchettes and along said East line of the West ½ of the Northwest ¼ of the Southwest ¼ of Section 13, a distance of 1285.83 feet to a point lying on the South right of way line of State Road No. 46;

Thence North 89 degrees 10'34"E., along said right of way line, 1016.78 feet to a point lying on the East line of the West 25.00 feet of the East ½ of the Northwest ¼ of the Northeast ¼ of the Southwest ¼ of said Section 13; thence S. 00 degrees 08'56"E.,  623.32 feet to the Southeast corner thereof; thence North 89 degrees 16'10"E., along the North line of the South ½ of the Northeast ¼ of the Southwest ¼ of said Section 13, a distance of 967.74 feet to the Northeast corner thereof; thence South 00 degrees 14'18"E., along the East line of the Southwest ¼ of said Section 13, a distance of 893.28 feet  to a point lying on the Northerly right of way line of the aforementioned Hammock Trail and the arc of a circular curve concave Northerly having a radius of 544.65 feet and to which point a radial line bears  South 39 degrees 42'47"E.; thence along the Northerly right of way line of said Hammock Trail, the following five courses and distances: Thence Westerly along the arc of the aforesaid curve through a central angle of 64 degrees 09'17", 609.85 feet to the point of tangency; thence North 65 degrees 33'30"W., 641.00 feet to the point of curvature of a circular curve concave Southerly and having a radius of 675.82 feet; thence Northwesterly, Westerly and Southwesterly along the arc of said curve through a central angle of 79 degrees 26'50",  937.10 feet to the point of tangency; thence South 34 degrees 59'40"W., 650.21 feet; thence South 57 degrees 09'30"W., 302.84 feet to the Point of Beginning.

And further except from all of the above: Road Right-Of-Ways for Hammock Trail and Turpentine Road.



H.C.

FORM B6B
(10/89)

In re   **SEASONS IN THE SUN, LLC**_____   Case No.   **04:0-0538-OB1**_____
                    Debtor                                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **PETTY CASH** | | **200.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **RIVERSIDE NATIONAL BANK** | | **7,551.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **MISCELLANEOUS SECURITY DEPOSITS** | | **2,500.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

FORM B6B
(10/89)

In re   **SEASONS IN THE SUN, LLC**                                      Case No.   **04:0-0538-OB1**
_____                        _____
                        Debtor                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **TAX REFUNDS** | | **UNKNOWN** |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | 3 COMPUTERS        $1,200<br>SHARP COPIER        2,000<br>HP FAX MACHINE        200<br>3 CALCULATORS          75<br>NORTEL PH. SYS.    1,500 | | 4,975.00 |
| 26. Office equipment, furnishings, and supplies. | | 3 DESK SETS        $4,500<br>8 OFC. CHAIRS          200<br>FOYER FURNITURE      800 | | 5,500.00 |
| | | | | |

FORM B6B
(10/89)

In re **SEASONS IN THE SUN, LLC** _____ Case No. **04:0-0538-OB1** _____

Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Office equipment, furnishings, and supplies. | | CLUB HOUSE ACCESSORIES<br>TABLES & CHAIRS   $2,000<br>OUTDOOR FURN.      1,500<br>REFRIG, STOVETOP<br>AND OVEN          2,000 | | 5,500.00 |
| 26. Office equipment, furnishings, and supplies. | | MISC. STATIONARY SUPPLIES INCLUDING TYPEWRITERS, STAPLERS, HOLE PUNCHES, ETC. | | 500..00 |
| 27. Machinery, fixtures, equipment and supplies used in business. | | BATH HOUSE ITEMS:<br>4 WASHERS & DRYERS | | 2,000.00 |
| 27. Machinery, fixtures, equipment and supplies used in business. | | BUSHHOG, LAWN MOWER, BLOWER, WEED EATER | | 2,500.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_   continuation sheets attached          Total          $ 30,726.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6D
(12/03)

In re: **SEASONS IN THE SUN, LLC** _____ ,    Case No. **04:0-0538-OB1**
Debtor                                                                                  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  400008800<br>**1ST UNITED BANK**<br>**741 US HWY 1**<br>**N. PALM BEACH, FL 33408** | X | | **Mortgage**<br>**REAL PROPERTY**<br>**2400 SEASONS IN THE SUN BLVD.**<br>**MIMS, FL 32754 AND ALL**<br>**PERSONAL PROPERTY,**<br>**CONTRACTS, ACCTS. RECEIVABLE,**<br>**ETC.**<br><br>**VALUE $0.00** | | | | 1,380,000.00 | 0.00 |
| ACCOUNT NO.<br>**BEECH OUTDOOR CO.**<br>**c/o HARDEN & MURPHY**<br>**P.O. BOX 3604**<br>**LAKELAND, FL 33802** | | | **Judgment Lien**<br>**REAL AND PERSONAL PROPERTY**<br><br>**VALUE $0.00** | | | | 3,000.00 | 3,000.00 |
| ACCOUNT NO.<br>**GENERAL ELECTRIC CAPITAL CORP.**<br>**c/o ZAKHEIM & ASSOC.**<br>**5310 N. W. 33RD AVE., #**<br>**FT. LAUDERDALE, FL 33309** | | | 03/18/2003<br>**Judgment Lien**<br>**REAL AND PERSONAL PROPERTY**<br><br>**VALUE $0.00** | | | | 2,300.00 | 0.00 |
| ACCOUNT NO.<br>**MARTIN RAPPAPORT, CPA**<br>**43000 N. UNIVERSITY DR.**<br>**#B102**<br>**LAUDERHILL, FL 33351** | | | 02/24/2003<br>**Judgment Lien**<br>**REAL AND PERSONAL PROPERTY**<br><br>**VALUE $0.00** | | | | 2,100.00 | 0.00 |

<u>1</u> Continuation sheets attached

Subtotal ⌐                      | $1,387,400.00 |
(Total of this page)

Total ⌐
(Use only on last page)

(Report total also on Summary of Schedules)

FORM B6D
(12/03)

In re:  **SEASONS IN THE SUN, LLC**                                      Case No.  **04:0-0538-OB1**
_____                                    _____
                          Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PODNOS, STEVEN<br>MICHAEL MINOT, ESQ.<br>319 RIVEREDGE BLVD. #218<br>COCOA, FL 32922 | X | | Mortgage<br>REAL PROPERTY<br>2400 SEASONS IN THE SUN BLVD.<br>MIMS, FL 32754 AND ALL<br>PERSONAL PROPERTY,<br>CONTRACTS, ACCTS. RECEIVABLE,<br>ETC.<br><br>VALUE $0.00 | | | | 1,950,000.00 | 0.00 |
| ACCOUNT NO.<br><br>RIVERSIDE NATIONAL BANK<br>2605 BARNA AVE.<br>TITUSVILLE, FL 32780 | X | | Mortgage<br>REAL PROPERTY<br>2400 SEASONS IN THE SUN BLVD.<br>MIMS, FL 32754 AND ALL<br>PERSONAL PROPERTY,<br>CONTRACTS, ACCTS. RECEIVABLE,<br>ETC.<br><br>VALUE $0.00 | | | | 500,000.00 | 0.00 |
| ACCOUNT NO.<br><br>SONRISE CLEANING<br>ADVANTAGE FLOOR<br>4736 LEACOCK CT.<br>ORLANDO, FL 32817 | | | 08/05/2003<br>Judgment Lien<br>REAL AND PERSONAL PROPERTY<br><br>VALUE $0.00 | | | | 1,400.00 | 0.00 |
| ACCOUNT NO.<br><br>THE NIDY COMPANY<br>P.O. BOX 2828<br>ORLANDO, FL 32802 | | | 09/05/2002<br>Judgment Lien<br>REAL AND PERSONAL PROPERTY<br><br>VALUE $0.00 | | | | 10,900.00 | 0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| **Subtotal**<br>(Total of this page) | **$2,462,300.00** |
| **Total**<br>(Use only on last page) | **$3,849,700.00** |

(Report total also on Summary of Schedules)

Form B6E
(12/03)

In re   **SEASONS IN THE SUN, LLC**                                              Case No.   **04:0-0538-OB1**
                          Debtor                                                                       (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ Continuation sheets attached

Form B6E - Cont.
(12/03)

In re **SEASONS IN THE SUN, LLC** , Case No. __04:0-0538-OB1__
Debtor (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BREVARD COUNTY**<br>**2725 JUDGE FRAN JAMIESON**<br>**BLDG. A**<br>**VIERA, FL 32940** | | | **SOLID WASTE FEES** | | | | 420.00 | 420.00 |
| ACCOUNT NO.<br>**BREVARD COUNTY WATER RESOURCES**<br>**2725 JUDGE FRAN JAMIESON**<br>**VIERRA, FL 32940** | | | **04/18/2003**<br>**DELINQUENT WASTE WATER**<br>**CONNECTION FEE** | | | | 103,710.00 | 103,710.00 |
| ACCOUNT NO   **15-00-092349-39-7**<br>**FLORIDA DEPT. OF REVENUE**<br>**5050 W. TENNESSEE ST.**<br>**TALLAHASSEE, FL 32399** | | | **DELINQUENT SALES TAX** | | | | 3,300.00 | 3,300.00 |
| ACCOUNT NO.   **2404724-8**<br>**FLORIDA DEPT. OF REVENUE**<br>**5050 W. TENNESSEE ST.**<br>**TALLAHASSEE, FL 32399** | | | **DELINQUENT UNEMPLOYMENT**<br>**TAX** | | | | 710.00 | 710.00 |
| ACCOUNT NO.   **2100244**<br>**ROD NORTHCUTT, TAX COLLE**<br>**P.O. BOX 2020**<br>**TITUSVILLE, FL 32781** | | | **DELINQUENT PROPERTY TAX** | | | | 11,360.00 | 11,360.00 |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal
(Total of this page)    ⌐    **$119,500.00**

Total
(Use only on last page of the completed Schedule E.)    ⌐    **$119,500.00**

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re __SEASONS IN THE SUN, LLC_____     Case No. __04:0-0538-OB1__
                          Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **HEATHER AND BRIAN CALLIGAN** <br> **3942 RAMBLING ACRES DR.** <br> **TITUSVILLE, FL 32796** | | | LOANS TO COMPANY | | | | 370,400.00 |
| ACCOUNT NO. <br><br> **MONOGRAM CREDIT CARD BANK** <br> **c/o ZAKHEIM & ASSOC.** <br> **5310 N.W. 33RD** <br> **SUITE 100** <br> **FT. LAUDERDALE, FL 33309** | | | CREDIT LINE | | | | 2,000.00 |

<u>0</u>   Continuation sheets attached

| | |
|---|---|
| Subtotal | **$372,400.00** |
| Total | **$372,400.00** |

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re:   **SEASONS IN THE SUN, LLC**                                                                    Case No.   **04:0-0538-OB1**
                              Debtor                                                                                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| ROY UYEMATSU<br>5251 N.W. 52ND CT.<br>CHIEFLAND, FL 32625 | DUPLICATE |
| ROY UYEMATSU<br>SITE #159<br>SEASONS IN THE SUN, LLC<br>2400 SEASONS IN THE SUN<br>MIMS, FL 32754 | TENANT AT LEASE SITE LCCATION #159 - 24 MONTH LEASE |

B6H
(6/90)

In re:  **SEASONS IN THE SUN, LLC**                              Case No.   **04:0-0538-OB1**

                  Debtor                                                      (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BRIAN AND HEATHER CALLIG<br>3942 RAMBLING ACRES DR.<br>TITUSVILLE, FL 32796 | 1ST UNITED BANK<br>741 US HWY 1<br>N. PALM BEACH, FL 33408 |
| HEATHER AND BRIAN CALLIG<br>3942 RAMBLING ACRES DR.<br>TITUSVILLE, FL 32796 | PODNOS, STEVEN<br>MICHAEL MINOT, ESQ.<br>319 RIVEREDGE BLVD. #218<br>COCOA, FL 32922 |
| HEATHER AND BRIAN CALLIG<br>3942 RAMBLING ACRES DR.<br>TITUSVILLE, FL 32796 | RIVERSIDE NATIONAL BANK<br>2605 BARNA AVE.<br>TITUSVILLE, FL 32780 |

**UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida**

In re:

Case No.  04:0-0538-OB1

SEASONS IN THE SUN, LLC

Chapter  **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:          $    **192,384.11**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:    $    **45,000.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3.  Net Employee Payroll (Other Than Debtor) | $ 3,905.75 |
| 4.  Payroll Taxes | 938.50 |
| 5.  Unemployment Taxes | 100.00 |
| 6.  Worker's Compensation | -- |
| 7.  Other Taxes | 4,500.00 |
| 8.  Inventory Purchases (Including raw materials) | 1,075.00 |
| 9.  Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10.  Rent (Other than debtor's principal residence) | 0.00 |
| 11.  Utilities | 3,220.00 |
| 12.  Office Expenses and Supplies | 300.00 |
| 13.  Repairs and Maintenance | 575.00 |
| 14.  Vehicle Expenses | 0.00 |
| 15.  Travel and Entertainment | 0.00 |
| 16.  Equipment Rental and Leases | 0.00 |
| 17.  Legal/Accounting/Other Professional Fees | 1,000.00 |
| 18.  Insurance | 2,100.00 |
| 19.  Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20.  Payments to Be Made Directly By Debtor to Secured Creditors For
      Pre-Petition Business Debts (Specify):

    **MORTGAGE OBLIGATIONS**    21,000.00

21.  Other (Specify):

    **ADVERTISING / PROMO**    500.00

22.  Total Monthly Expenses (Add items 3 - 21)    $    **39,214.25**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)    $    **5,785.75**

Official Form 6 - Cont .
(12/03)

In re: **SEASONS IN THE SUN, LLC**                                Case No.   **04:0-0538-OB1**

Debtor                                                                                       **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT**                          of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **12**                          sheets, and that they are true and correct to the best of my knowledge, information, and belief.          (Total shown on summary page plus 1.)

Date __07/03/0X__                          Signature: _Heather Calligan_

                                                                    **HEATHER CALLIGAN PRESIDENT**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.